PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jim Bowker

Cr.: 20-00483-001
PACTS #: 7014873

Name of Sentencing Judicial Officer:    THE HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/19/2022

Original Offense:    Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922, a Class C Felony

Original Sentence: 65 months imprisonment, 3 years' supervised release

Special Conditions: $100 Special Assessment fee, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gambling Restriction, Mental Health Treatment

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/19/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and/or use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

Mr. Bowker tested positive for marijuana on November 26, 2025. He advised that he recently ate some marijuana gummies to help with pain that he was having related to multiple back issues. He showed the undersigned officer his recent MRI results, which noted that he had a lumbar spondylosis w/ disc bulges at L3-L4 and L4-L5 resulting in mild left subarticular recess and minimal neural foraminal narrowing. He explained to this officer that his pain has been getting worse, and although he is prescribed Flexeril and Suboxone for pain, it does not help, and this is why he resorted to self-medicating with marijuana. Mr. Bowker signed the Admission of Use form, stating he knew it was wrong, and he would not do so going forward.

Prob 12A – page 2
Jim Bowker

U.S. Probation Officer Action:

The undersigned officer has counseled Mr. Bowker regarding this non-compliance with the court-ordered conditions.  The probation officer will continue to encourage Mr. Bowker to make better decisions and refrain from using non-prescribed controlled substances to control his pain.  Additionally, the undersigned officer reminded Mr. Bowker that he needed to follow the proper channels to address his pain management needs, and he advised that he would be making an appointment with his doctor to plan next steps after the results of his recent MRI. He advised this use was a one-time occurrence and would not happen again.

At this juncture, it is respectfully requested that no action be taken by the Court, as the undersigned officer will increase drug testing on Mr. Bowker and will update Your Honor as needed if additional non-compliance should occur. The undersigned officer requests that this document serve as an official judicial reprimand for Mr. Bowker. The undersigned notes for the Court that this is Mr. Bowker's first positive drug test.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____     12/8/2025
STEVEN ALFREY                        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time, this Report to Serve as a Judicial Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date