PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jim Bowker        Cr.: 20-00483-001
PACTS #: 7014873

Name of Sentencing Judicial Officer:  THE HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/19/2022

Original Offense:  Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922, a Class C Felony

Original Sentence: 65 months imprisonment, 3 years' supervised release

Special Conditions: $100 Special Assessment fee, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gambling Restriction, Mental Health Treatment

Type of Supervision: Supervised Release        Date Supervision Commenced: 09/19/2024

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1        The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and/or use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

Mr. Bowker tested positive for marijuana and cocaine on February 3, 2026. He denied using either substance and noted that he has never done "hard" drugs. Due to his denial of use, the sample was sent off to the national laboratory and was confirmed positive for both substances.

Prob 12A – page 2
Jim Bowker

U.S. Probation Officer Action:

The undersigned officer has continued to counsel Mr. Bowker regarding non-compliance with the court-ordered conditions since the last positive drug test.  He is currently going through a custody issue with his children's mother and has been unable to see his children due to a restraining order, so this has made him very stressed and upset. The probation officer noted that this is a second positive drug test in two months, and it is concerning, especially given that he is denying use.  He was advised that a referral for treatment would be done, as it appears there is something going on with him that needs to be addressed.

It is respectfully requested that no action be taken by the Court at this time, as the undersigned officer will refer Mr. Bowker for a substance abuse treatment evaluation and determine what their recommendation will be for him.  In the meantime, the undersigned officer will continue to test Mr. Bowker regularly for the presence of illicit substances.  The undersigned officer requests that this document serve as an official judicial reprimand for Mr. Bowker.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

2/24/2026

STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time, and This Report Shall Serve as a Judicial Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

2/24/26
Date