PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jim Bowker
          Cr.: 20-00483-001
          PACTS #: 7014873

Name of Sentencing Judicial Officer:   THE HONORABLE RENEE MARIE BUMB
                                 CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/19/2022

Original Offense:   Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922, a Class C Felony

Original Sentence: 65 months imprisonment, 3 years' supervised release

Special Conditions: $100 Special Assessment fee, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gambling Restriction, Mental Health Treatment

Type of Supervision: Supervised Release           Date Supervision Commenced: 09/19/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and/or use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |

Mr. Bowker has tested positive for marijuana on multiple occasions since the last notification to the Court about drug use on February 3, 2026. The dates he has tested positive are: April 16, 2026, April 23, 2026, April 30, 2026, May 14, 2026, June 25, 2026, and most recently July 9, 2026. He continues to vehemently deny use. Each test has been confirmed positive by the national laboratory.

U.S. Probation Officer Action:
Mr. Bowker has been in treatment at Legacy Treatment Services since April of 2026. The undersigned officer has met with Mr. Bowker and his counselor and expressed concern regarding the continued positive results for marijuana. Considerable time was provided for the marijuana metabolites to leave his system,

but it was noted that the substance should have definitely filtered out by this time. The undersigned officer has requested the levels of the THC metabolite in Mr. Bowker's system through the national laboratory, according to the last positive drug test, which was received on July 9, 2026. The results will show whether there has been new use of the substance, or if it is still residual levels, as Mr. Bowker claims. The undersigned officer is awaiting these results.

It is apparent that outpatient treatment is not working for Mr. Bowker at this time. The undersigned officer has contemplated an inpatient stay; however, it was thought that a status conference would be best to have Mr. Bowker explain to the Court exactly what is going on. For the court's knowledge, Mr. Bowker currently resides at home with his mother, and he is not employed full-time. He claims he is awaiting social security disability due to multiple medical issues, which the undersigned officer has verified. Mr. Bowker works sporadically as a tattoo artist for income when able.

At this juncture, it is respectfully requested that a status conference be scheduled for Mr. Bowker, so that he can understand the seriousness of his non-compliance with regard to substance use.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____    7/17/2026
STEVEN ALFREY                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  No Formal Court Action to be Taken at This Time

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☑  Status Conference scheduled for _8/4/26 at 11:00 AM in Courtroom 3D.___ (as recommended by the Probation Office)

_____
Signature of Judicial Officer

_____
July 21, 2026
Date